# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>**MARTIN DUTRA ROMERO**<br><br>　　　　　　　　Defendant. | AMENDED<br><br>CR NO: 1:13-cr-054 AWI/BAM |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum　　　　☐ Ad Testificandum

Name of Detainee: MARTIN DUTRA ROMERO
Detained at: SOLEDAD STATE PRISON

Detainee is:　a.)　☒ charged in this district by:　☒ Indictment　☐ Information　☐ Complaint
　　　　　　　　　　　charging detainee with: _____

or　b.)　☐ a witness not otherwise available by ordinary process of the Court

Detainee will:　a.)　☐ return to the custody of detaining facility upon termination of proceedings

or　b.)　☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary Forthwith in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Kimberly A. Sanchez |
| Printed Name & Phone No: | Kimberly A. Sanchez |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum　　　　☐ Ad Testificandum

　　　The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 1/21/2014　　　　　　　　　/s/ Barbara A. McAuliffe
　　　　　　　　　　　　　　　　Honorable Barbara A. McAuliffe
　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒Male ☐Female | |
| Booking or CDC #: | AP5451 | DOB: | 08/17/1985 |
| Facility Address: | 31625 Highway 101, Soledad, CA | Race: | Hispanic |
| Facility Phone: | (831) 678-5500 | FBI#: | 101421RB9 |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____　　　　_____
　　　　　　　　　　　　　　　　　　(signature)