BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00054 AWI-BAM |
| Plaintiff, | STIPULATION TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA HEARING |
| v. | |
| MARTIN ROMERO, | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Janet Bateman, attorney for the defendant, that the status conference set for September 8, 2014 at 1:00 pm before the Honorable Barbara McAuliffe be vacated, and a change of plea hearing be set before the Honorable Anthony W. Ishii for September 8, 2014 at 10:00 a.m.

   The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay

///

///

///

///

///

Stipulation                                                          1

1  occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. §
2  3161(h)(7)(A).

5  Dated: September 3, 2014                     Respectfully submitted,

6                                                BENJAMIN B. WAGNER
7                                                United States Attorney

8                                        By     /s/ Kimberly A. Sanchez
9                                                KIMBERLY A. SANCHEZ
                                                 Assistant U.S. Attorney

11 Dated: September 3, 2014                     /s/ Janet Bateman
                                                 JANET BATEMAN
12                                               Attorney for Martin Romero

14 IT IS SO ORDERED.

15 Dated:  September 3, 2014          _____
                                       SENIOR  DISTRICT  JUDGE

Stipulation                           2