HEATHER E. WILLIAMS, SBN 122664
Federal Defender
MEGAN T. HOPKINS, SBN 294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MARTIN DUTRA ROMERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARTIN DUTRA ROMERO,<br><br>Defendant. | Case No. 1:13-CR-00054 LJO-SKO<br><br>**ORDER FOR RELEASE OF MARTIN ROMERO**<br><br>Date: July 29, 2019<br>Time: 8:30 A.M.<br>Judge: Hon. Lawrence J. O'Neill |

Defendant MARTIN DUTRA ROMERO is to be **released from Fresno County Jail at 8:00 a.m. on Tuesday, July 30, 2019 to a representative of the Federal Defender's office**. Mr. Romero is ordered to report to probation as directed by his probation officer, following his release, and immediately thereafter is ordered to report for intake to the His Way recovery program in Manteca, CA, where he shall reside and participate in the inpatient drug treatment program. The Federal Defenders Office shall transport Mr. Romero, as needed, to the probation office and to the inpatient treatment program and notify the probation officer upon Mr. Romero's successful intake into the program.

IT IS SO ORDERED.

Dated: **July 29, 2019**            /s/ Lawrence J. O'Neill
                                    UNITED STATES CHIEF DISTRICT JUDGE