HEATHER E. WILLIAMS, CA SBN 122664
Federal Defender
MEGAN T. HOPKINS, CA SBN 294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MARTIN DUTRA ROMERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>MARTIN DUTRA ROMERO,<br><br>　　　　　　　Defendant. | Case No. 1:13-cr-00054-LJO<br><br>**STATUS REPORT RE: HIS WAY DRUG TREATMENT PROGRAM; REQUEST TO CONTINUE STATUS CONFERENCE; EXHIBITS A-B; ORDER**<br><br>DATE:　March 23, 2020<br>TIME:　8:30 A.M.<br>JUDGE:　Hon. Lawrence J. O'Neill |

　　　　Defendant, Martin D. Romero, by and through his counsel, Assistant Federal Defender Megan T. Hopkins, hereby submits the following status report regarding Mr. Romero's progress at the His Way drug treatment program in Manteca, CA.

　　　　Mr. Romero entered the His Way program on July 30, 2019 in Manteca, CA. He is expected to graduate in July of 2020. According to Mr. Romero's counselor at the program, he is doing well and meeting all expectations at the program[1]. Mr. Romero's counselor advised the Federal Defender's office that Mr. Romero continues to progress in the program and benefits from the continued support of his wife[2].

　　　　In light of Mr. Romero's progress in the program and ongoing participation, the parties, as well as the probation officer, agree that the status conference in this matter should be

---

[1] *See* Exhibit A: Progress Report.
[2] Mr. Romero married Liliana Rodriguez this past summer, as planned. *See* Exhibit B: Wedding Photo.

continued to March 23, 2020 at 8:30 a.m. for a further status conference regarding Mr. Romero's progress in the program. The parties anticipate having confirmation of a graduation date for Mr. Romero, and will be prepared to request a dispositional hearing date regarding the pending violations at the next hearing.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: November 7, 2019 　　　　　　　　　*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorneys for Defendant
MARTIN DUTRA ROMERO

## **O R D E R**

**IT IS SO ORDERED.** The status conference currently scheduled for November 12, 2019 at 8:30 a.m. is hereby continued to March 23, 2020 at 8:30 a.m. for further status conference. Defendant's appearance shall be waived so long as he continues to reside at and participate in the His Way program.

IT IS SO ORDERED.

Dated:   **November 7, 2019**　　　　　　　　/s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE