HEATHER E. WILLIAMS, CA SBN 122664
Federal Defender
MEGAN T. HOPKINS, CA SBN 294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MARTIN DUTRA ROMERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:13-cr-00054-NONE |
|---|---|
| Plaintiff, | **STATUS REPORT RE: HIS WAY DRUG TREATMENT PROGRAM; REQUEST TO CONTINUE STATUS CONFERENCE; EXHIBIT A; ORDER** |
| vs. | |
| MARTIN DUTRA ROMERO, | DATE: July 17, 2020 |
| Defendant. | TIME: 8:30 A.M.<br>JUDGE: Hon. Dale A. Drozd |

Defendant, Martin D. Romero, by and through his counsel, Assistant Federal Defender Megan T. Hopkins, hereby submits the following status report regarding Mr. Romero's progress at the His Way drug treatment program in Manteca, CA.

Mr. Romero entered the His Way program on July 30, 2019 in Manteca, CA. He is expected to graduate at the end of July of 2020. According a spokesperson for the program, he is doing "excellent" in the program and is on step 8 of the 12-step recovery plan.[1]

In light of Mr. Romero's progress in the program and ongoing participation, the parties, as well as the probation officer, agree that the status conference in this matter should be continued to July 17, 2020 at 8:30 a.m. for a further status conference regarding Mr. Romero's progress in the program. The parties anticipate having confirmation of a graduation date for Mr.

---
[1] *See* Exhibit A: Progress Report.

Romero, and will be prepared to request a dispositional hearing date regarding the pending violations at the next hearing.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: March 12, 2020    */s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorneys for Defendant
MARTIN DUTRA ROMERO

## **O R D E R**

**IT IS SO ORDERED.** The status conference currently scheduled for March 27, 2020 at 8:30 a.m. is hereby continued to July 17, 2020 at 8:30 a.m. in Courtroom No. 4 for further status conference. Defendant's appearance shall be waived so long as he continues to reside at and participate in the His Way program.

IT IS SO ORDERED.

Dated: **March 12, 2020**

UNITED STATES DISTRICT JUDGE