HEATHER E. WILLIAMS, CA SBN 122664
Federal Defender
MEGAN T. HOPKINS, CA SBN 294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MARTIN DUTRA ROMERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:13-cr-00054-NONE |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE RE TSR VIOLATION PETITION; ORDER** |
| vs. | |
| MARTIN DUTRA ROMERO, | DATE:   December 1, 2020 |
| Defendant. | TIME:   2:00 P.M. |
| | JUDGE:  Hon. Erica P. Grosjean |

The defendant, MARTIN ROMERO, by and through his attorney of record, Assistant Federal Defender Megan T. Hopkins, and the UNITED STATES, by and through its attorney of record, Alexandre Dempsey, hereby stipulate to and request an order from this Court continuing the status conference to December 1, 2020 at 2:00 p.m.

The defense has received an initial discovery production from the probation officer, and is conducting investigation as to the alleged violations.  Mr. Romero will be in a better position to determine how best to proceed in this matter after the investigation concludes.  Therefore, the parties request that the status conference be continued to December 1, 2020 in order to permit the defense additional time to investigate and for defense counsel to discuss with Mr. Romero how he wishes to proceed at the next hearing.

A proposed order is included below for the Court's consideration.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: November 6, 2020        */s/ Megan T. Hopkins*
                              MEGAN T. HOPKINS
                              Assistant Federal Defender
                              Attorneys for Defendant
                              MARTIN DUTRA ROMERO


MCGREGOR SCOTT
United States Attorney

Date: November 6, 2020        */s/ Alexandre Dempsey*
                              ALEXANDRE DEMPSEY
                              Assistant United States Attorney
                              Attorneys for The United States of America

# **O R D E R**

**IT IS SO ORDERED.** The status conference currently scheduled for November 10, 2020 at 2:00 p.m. is hereby continued to December 1, 2020 at 2:00 p.m. for further status conference before the duty magistrate judge.


IT IS SO ORDERED.

Dated:   **November 9, 2020**              /s/ Erica P. Grosjean
                                           UNITED STATES MAGISTRATE JUDGE