AO 245D-CAED (Rev. 09/2019) Sheet 1 - Judgment in a Criminal Case for Revocation

# UNITED STATES DISTRICT COURT
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**MARTIN DUTRA ROMERO**<br>AKA: Romero Martin Dutra, Romero Dutyra Martin | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Criminal Number: **1:13CR00054-001**<br>Defendant's Attorney: Megan Hopkins, Assistant Federal Defender |

**THE DEFENDANT:**

[✓] admitted guilt to violation of charge(s)  1 through 6  as alleged in the superseding violation petition filed on  1/11/2018 .

[✓] admitted guilt to violation of charge(s)  1 and 2  in the violation petition filed on  6/9/2020 .

The defendant is adjudicated guilty of these violations:
**See next page.**

The court: [✓] revokes: [ ] modifies: [ ] continues under same conditions of supervision heretofore ordered on  11/17/2014 .

    The defendant is sentenced as provided in pages 2 through ___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] Charge(s) ___ is/are dismissed. [X] APPEAL RIGHTS GIVEN.

    **Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

    It is ordered that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**1/8/2021**
Date of Imposition of Sentence

*Dale A. Drozd* (signature)

Signature of Judicial Officer
**Dale A. Drozd**, United States District Judge
Name & Title of Judicial Officer
1/13/2021
Date

AO 245D-CAED (Rev. 09/2019) Sheet 1 - Judgment in a Criminal Case for Revocation

DEFENDANT: **MARTIN DUTRA ROMERO** AKA: Romero Martin Dutra, Romero Dutyra Martin  
CASE NUMBER: **1:13CR00054-001**

Page 2 of 3

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| Charge 1 | UNLAWFUL USE OF A CONTROLLED SUBSTANCE | June 28, 2017 |
| Charge 2 | FAILURE TO PARTICIPATE IN COGNITIVE BEHAVIORAL TREATMENT | July 26, August 30, and September 6, 2017 |
| Charge 3 | FAILURE TO NOTIFY OF CHANGE IN RESIDENCE | August 8, 2017 |
| Charge 4 | NEW LAW VIOLATION | September 25, 2017 |
| Charge 5 | UNAUTHORIZED POSSESSION OF A WEAPON | September 25, 2017 |
| Charge 6 | ASSOCIATION WITH PROHIBITED PERSON(S) | September 25, 2017 |
| Charge 1 | FAILURE TO RESIDE AND PARTICIPATE IN AN INPATIENT CORRECTIONAL TREATMENT PROGRAM | May 10, 2020 and June 2, 2020 |
| Charge 2 | FAILURE TO NOTIFY OF CHANGE OF RESIDENCE | June 2, 2020 |

AO 245B-CAED (Rev. 09/2019) Sheet 2 - Imprisonment

DEFENDANT: **MARTIN DUTRA ROMERO**     Page 3 of 3
CASE NUMBER: **1:13CR00054-001**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 24 Months.

- [✓] No TSR: Defendant shall cooperate in the collection of DNA.

- [✓] The court makes the following recommendations to the Bureau of Prisons:
  The Court recommends that the defendant continue to be incarcerated at the Butner, North Carolina facility, but only insofar as this accords with security classification and space availability.

- [✓] The defendant is remanded to the custody of the United States Marshal.

- [ ] The defendant shall surrender to the United States Marshal for this district
  - [ ] at ___ on ___.
  - [ ] as notified by the United States Marshal.

- [ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  - [ ] before ___ on ___.
  - [ ] as notified by the United States Marshal.
  - [ ] as notified by the Probation or Pretrial Services Officer.

  If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

 

_____
United States Marshal

_____
By Deputy United States Marshal